# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Ocwen Loan Servicing, LLC,

       Plaintiff,

  v.

Operture Inc.,

       Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:17-cv-01026-GMN-CWH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered in favor of plaintiff Ocwen Loan Servicing, LLC and against defendant Operture Inc.

| February 28, 2018 | DEBRA K. KEMPI |
|---|---|
| Date | Clerk |

    /s/ M. Morrison

Deputy Clerk