WRIGHT, FINLAY & ZAK, LLP
Robert Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorney for Plaintiff, Ocwen Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC,<br><br>         Plaintiff,<br><br>  vs.<br><br>OPERTURE INC,<br><br>         Defendant. | Case No.:  2:17-cv-01026-GMN-CWH<br><br>**EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** |

COMES NOW, Plaintiff, Ocwen Loan Servicing, LLC ("hereinafter "Ocwen" or "Plaintiff"), by and through its attorney of record, Robert Riether, Esq. of the law firm Wright, Finlay & Zak, LLP and requests the removal of Dana Jonathon Nitz, Esq. and Natalie C. Lehman, Esq. ("Previous Attorneys") from the Service List in the above-captioned matter. This case was reassigned within Wright, Finlay & Zak, LLP to Robert Riether, Esq. Subsequent filings have been made and Previous Attorneys are receiving notices of the proceedings in this case. As a result, it is no longer necessary that Previous Attorneys receive notice of the ongoing proceedings.

///

///

///

Page 1 of 2

Accordingly, the undersigned counsel requests that Dana Jonathon Nitz, Esq. and Natalie C. Lehman, Esq. be removed from the Service List in this matter.

DATED this 4th day of August, 2020.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Robert Riether, Esq.*
Robert Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, Ocwen Loan Servicing, LLC*

## CERTIFICATE OF SERVICE

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that I am an employee of WRIGHT, FINLAY & ZAK, LLP, and that on this 4th day of August, 2020, I did cause a true copy of the foregoing **EX PARTE MOTION TO REMOVE COUNSEL FROM SERVICE LIST** to be served electronically to all parties and counsel as identified on the Court-generated Notice of Electronic Filing. In addition, a copy was mailed to the following address:

Micah Buitron (aka Edward Bui)
FDC SeaTac
Reg. No. 39278-086
P.O. Box 13900
Seattle, WA 98198

*/s/ Lisa Cox*
An Employee of WRIGHT, FINLAY & ZAK, LLP

**APPROVED.**

Dated this __5__ day of August, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT