WRIGHT, FINLAY & ZAK, LLP
Robert Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Avenue, Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
rriether@wrightlegal.net
*Attorney for Plaintiff, Ocwen Loan Servicing, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| OCWEN LOAN SERVICING, LLC,<br><br>      Plaintiff,<br><br>vs.<br><br>OPERTURE INC,<br><br>      Defendant. | Case No.: 2:17-cv-01026-GMN-CWH<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

Plaintiff, Ocwen Loan Servicing, LLC ("hereinafter "Ocwen" or "Plaintiff"), by and through its counsel of record of the law firm Wright, Finlay & Zak, LLP, hereby gives notice that Dana Jonathon Nitz, Esq. and Natalie C. Lehman, Esq. are no longer attorneys associated with Wright, Finlay & Zak, LLP.  Wright, Finlay & Zak, LLP, will continue to represent Plaintiff and request that Robert A. Riether, Esq. receive all future notices.

DATED this 4th day of August, 2020.

**APPROVED.**

Dated this  5  day of August, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

WRIGHT, FINLAY & ZAK, LLP

*/s/ Robert A. Riether, Esq.*_____
Robert A. Riether, Esq.
Nevada Bar No. 12076
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorneys for Plaintiff, Ocwen Loan Servicing, LLC*

**CERTIFICATE OF SERVICE**

Pursuant to F.R.C.P. 5(b) and Electronic Filing Procedure IV(B), I certify that I am an employee of WRIGHT, FINLAY & ZAK, LLP, and that on this 4th day of August, 2020, I did cause a true copy of the foregoing **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** to be served electronically to all parties and counsel as identified on the Court-generated Notice of Electronic Filing. In addition, a copy was mailed to the following address:

Micah Buitron (aka Edward Bui)
FDC SeaTac
Reg. No. 39278-086
P.O. Box 13900
Seattle, WA 98198

/s/ Lisa Cox
An Employee of WRIGHT, FINLAY & ZAK, LLP